UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

GLENN FRANTZ,

        Plaintiff,                Case No. 1:11-cv-584

v.                                     Honorable Janet T. Neff

MICHIGAN DEPARTMENT
OF CORRECTIONS et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. § 1915A, and 42 U.S.C. § 1997e(c).


Dated: July 25, 2011                      /s/ Janet T. Neff
                                                Janet T. Neff
                                                United States District Judge